## State of New Jersey

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | JEFFREY S. CHIESA<br>*Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | CHRISTOPHER S. PORRINO<br>*Director* |

December 21, 2012

**VIA E-FILING AND U.S. MAIL**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
402 East State Street
Trenton, New Jersey 08608

      Re:  Chavarriaga v. N.J. Dep't of Corr.
           Civil Action No. 12-4313 (MAS-TJB)

Dear Judge Bongiovanni:

    Per our telephone conference last week, my adversary, Mr. Gross, has e-filed a letter that describes the discovery he maintains plaintiff must have in order to respond to the defense's pending dispositive motion. Given the approaching holidays, my co-counsel, DAG Moratti, and I will not be in a position to confer not only with each other but also with the Department of Corrections, as to the feasibility of producing these requested documents, which also include brand-new discovery requests not previously raised.

    I do not believe the defense was given a specific date to respond, but I want to advise the court that it likely cannot be done until after New Year's Day, and that the defense will respond as soon as possible without unnecessary delay.

                            Respectfully submitted,

                            JEFFREY S. CHIESA
                            ATTORNEY GENERAL OF NEW JERSEY

                By:  /s/ Daniel M. Vannella
                     Daniel M. Vannella
                     Deputy Attorney General

c:  Counsel of record (CM/ECF)



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 633-8687 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*